UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

**SHAWNTEL LOUIS,**
    Petitioner,

**v.**

**NEELEY**, et al.,
    Respondents.

**Case No. 7:25-cv-447-CLM-JHE**

## MEMORANDUM OPINION

    The magistrate judge has entered a report (doc. 13), recommending that the court dismiss this petition for writ of habeas corpus without prejudice for failure to exhaust administrative remedies. No objections have been. Having considered the entire case file, including the report and recommendation, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation.

    As a result, the court will **DISMISS** the petitioner's 28 U.S.C. § 2241 petition **WITHOUT PREJUDICE**. The court will enter a separate final order that carries out this ruling and closes this case.

    **Done** and **Ordered** on March 04, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE